# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158486(72)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 158486
COA: 337686
Tuscola CC: 13-012652-FH;
　　16-013674-FH

JOHN DAVID VANDERPOOL,
　　　　Defendant-Appellant.
_____/

　　　　On order of the Chief Justice, the motion of defendant-appellant to file a corrected supplemental brief is GRANTED. The corrected brief submitted on August 22, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2019



Clerk